■ VARRELL JENKINS, JR., Appellant, v MELISSA I. DIAMOND et al., Respondents. [764 NYS2d 857] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Queens County (Dollard, J.), dated August 15, 2002, which granted the motion of the defendants Melissa I. Diamond and Cary L. Diamond, and the separate motion of the defendant David A. Babb, for summary judgment dismissing the complaint insofar as asserted against them on the ground that he did not sustain a serious injury within the meaning of Insurance law § 5102 (d).

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs.

The defendants made a prima facie showing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject motor vehicle accident (*see Toure v Avis Rent A Car Sys.,* 98 NY2d 345 [2002]; *Gaddy v Eyler,* 79 NY2d 955 [1992]). In opposition, the plaintiff failed to raise a triable issue of fact as to whether he sustained such an injury, since he failed to submit competent medical evidence in admissible form (*see Grasso v Angerami,* 79 NY2d 813 [1991]; *Rodney v Solntseu,* 302 AD2d 442 [2003]; *Bourgeois v North Shore Univ. Hosp. at Forest Hills,* 290 AD2d 525 [2002]; *Palo v Latt,* 270 AD2d 323 [2000]; *Ford Motor Credit Co. v Prestige Gown Cleaning Serv.,* 193 Misc 2d 262 [2002]). Santucci, J.P., Feuerstein, Goldstein, Schmidt and Cozier, JJ., concur.